Rodrigo MORALES Rosario et al., Plaintiffs, Appellants, v. BLYTHE–MILLS COMPANY OF PUERTO RICO, Inc., Defendant, Appellee.

No. 4684.

United States Court of Appeals
First Circuit.

Feb. 20, 1953.

Francisco Ponsa-Feliú, San Juan, Puerto Rico, for appellants.

A. Castro Fernández, San Juan, Puerto Rico (McConnell & Valdés, San Juan, Puerto Rico, on brief), for appellee.

Before MAGRUDER, Chief Judge, and MARIS and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the memorandum by Judge Ruiz-Nazario, 110 F.Supp. 259.

BENEFICIAL CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10875.

United States Court of Appeals
Third Circuit.

Argued Feb. 5, 1953.

Decided March 3, 1953.

Jackson R. Collins, New York City (Edgar D. Baumgartner, New York City, on the brief), for petitioner.

John J. Kelley, Jr., Washington, D. C. (Charles S. Lyon, Asst. Atty. Gen., Ellis N. Slack and Robert N. Anderson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

We can perceive no error in the decision of the Tax Court. Accordingly, the decision of the Tax Court will be affirmed upon the opinion reported 18 T.C. 396.